USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BEATO FERNANDEZ,

         **Plaintiff,**        19-CV-05147 (SN)

  -against-            **ORDER**

**ARI FLEET LT., et al.,**

         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  Fact discovery closed on December 2, 2019, and expert discovery will close on January 15, 2020. The parties are directed to discuss whether a settlement conference or referral to the Court's mediation program would be appropriate at this time. If the parties wish to schedule a settlement conference, they should discuss whether that conference should be conducted by me or another magistrate judge considering that I will decide any anticipated summary judgment motions and preside over the forthcoming jury trial. If the parties wish to schedule a settlement conference or be referred to the Court's mediation program, they should contact Courtroom Deputy Rachel Slusher with both parties on the line at (212) 805-0286. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

The parties are directed to file a status letter by December 11, 2019, advising the Court of the status of expert discovery, whether either party anticipates making a motion for summary judgment, and whether the parties would like to engage in supervised settlement discussions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  December 5, 2019
        New York, New York