USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BEATO FERNANDEZ,

                              Plaintiff,                       19-CV-5147 (SN)

           -against-                                            **ORDER**

ARI FLEET LT., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 30, 2020, Plaintiff and Defendant Ari Fleet Lt. filed a stipulation of voluntary dismissal. The Clerk's Office reviewed the document and found it deficient because it was not physically signed by all parties who have appeared; however, the parties have not filed a corrected stipulation to date. The parties are directed to file a conforming stipulation by no later than Friday, June 5, 2020. In addition, in light of the May 6, 2020 deadline to file a motion for summary judgment, the parties should indicate whether they believe a settlement conference at this time would be productive or whether the parties would prefer to proceed to trial. In light of the COVID-19 pandemic, the Court will likely not be able to conduct a jury trial until the end of 2020 or early 2021. The parties shall report their views on these issues in a letter by June 5, 2020.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                              United States Magistrate Judge

DATED:       June 1, 2020
                   New York, New York